IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDDY MARTINEZ,**<br>1435 Newton Street NW, #114<br>Washington, D.C., 20010<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br>935 Pennsylvania Avenue, NW,<br>Washington, D.C. 20535-0001<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff, FREDDY MARTINEZ, brings this Freedom of Information Act suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to produce all records pertaining to James ("Whitey") Bulger. Defendants have failed to comply with the FOIA request and have not responded for over two years.

### PARTIES

2. Plaintiff FREDDY MARTINEZ is a member of the media and made the FOIA request at issue in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency, a component of U.S. DEPARTMENT OF JUSTICE, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## OCTOBER 31, 2018, FOIA REQUEST

7. On October 31, 2018, MARTINEZ submitted a FOIA request to FBI for "all documents mentioning James (Whitey) Bulger (September 3, 1929 – October 30, 2018), a former South Boston Mobster, whose death was widely reported in the media. Exhibit A.

8. On November 5, 2018, FBI acknowledged receipt of the request and assigned reference number 1421028-000 to the matter. Exhibit B.

9. On November 19, 2018, FBI stated that it is unable to make a determination within twenty days due to "unusual circumstances." FBI also stated MARTINEZ has an opportunity to "reduce the scope" of the request which "will accelerate the process and could potentially place [the] request in a quicker processing queue." Exhibit C.

10. On November 20, 2018, MARTINEZ stated that he does not wish to narrow the scope of his request and asked for a fee estimate of the request. MARTINEZ further requested a fee waiver as a member of the media. Exhibit A at 2.

11. Between February 2019 and May 2020, MARTINEZ asked FBI numerous times for an estimated completion date of the request. Exhibit A at 3-7.

12. FBI repeatedly informed MARTINEZ to check the status of the request on its website.

13. On August 26, 2020, MARTINEZ appealed FBI's failure to issue a determination letter as FBI's constructive denial of the request.

14. FBI has never acknowledged receipt of the appeal and never issued a determination on the appeal.

15. According to the FBI's portal, the records MARTINEZ requested is "part of a previously requested subject matter and will be preprocessed in accordance to the prior releasable information." Exhibit D.

16. As of the date of this filing, Defendants have not complied with FOIA, have not issued a determination letter, have not provided an estimated completion date, and have produced no records responsive to the request.

### COUNT I – OCTOBER 31, 2018, FOIA REQUEST, FAILURE TO PRODUCE RECORDS

17. The above paragraphs are incorporated herein.

18. Defendants are federal agencies, subject to FOIA.

19. The requested records are not exempt under FOIA.

20. Defendants have produced no responsive records.

### COUNT II – OCTOBER 31, 2018, FOIA REQUEST, FAILURE TO CONDUCT A REASONABLE SEARCH

21. The above paragraphs are incorporated herein.

22. Defendants are federal agencies, subject to FOIA.

23. The requested records are not exempt under FOIA.

24. Defendants have not conducted a reasonable search for the requested records.

**WHEREFORE**, MARTINEZ asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to promptly produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award MARTINEZ attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: November 12, 2020

                                                                         RESPECTFULLY SUBMITTED,

                                                                          */s/ Joshua Hart Burday*

                                                                           Attorney for Plaintiff
                                                                           FREDDY MARTINEZ

                                                                           Matthew Topic, D.C. Bar No. IL0037
                                                                           Joshua Burday, D.C. Bar No. IL0042
                                                                           Merrick Wayne, D.C. Bar No. IL 0058
                                                                           LOEVY & LOEVY
                                                                           311 North Aberdeen, 3rd Floor
                                                                           Chicago, IL 60607
                                                                           312-243-5900
                                                                           foia@loevy.com