UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action. No.: 20-3269 (APM) |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STATUS REPORT[1]**

Pursuant to the Court's January 31, 2021 Order, counsel for the parties conferred and respectfully submit the following statements to apprise the Court on the progress of this Freedom of Information Act ("FOIA") matter:

**(1) The status of Plaintiff's FOIA request:**

Defendant FBI has completed its search for potentially responsive records; however, the FBI has not completed the process of scoping the files received as a result of the search and reviewing the records therein for responsiveness to the FOIA request.

**(2) The anticipated number of documents responsive to Plaintiff's FOIA request:**

Given that the FBI has not completed the responsiveness review, Defendants do not have accurate information on the volume of potentially responsive records at this time.

**(3) The anticipated date(s) for release of the documents requested by Plaintiff:**

Defendant FBI does not have an anticipated date for release of records, however, the agency

---

[1] Defendants conferred with Plaintiff by sharing a draft "Joint Status Report" with Plaintiff's counsel for review and consideration. In response, Plaintiff's counsel indicated that they do not have any issue with the draft and appeared to approve its filing; however, despite multiple requests and as of the time of this filing, counsel failed to provide the appropriate "plaintiff's signature block" for purposes of filing it as a "Joint Status Report." Accordingly, without counsel's signature block, Defendants are filing this as a "Status Report" rather than a "Joint Status Report."

plans to provide a production schedule in the next Joint Status Report.

(4) **Whether a motion for a stay is likely under Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976)**:

Defendants do not anticipate seeking a stay under *Open America.*

**(5) Proposed Brief Schedule:**

The parties believe that it is premature at this time to propose a briefing schedule given that the FBI has not completed the responsiveness review of the records nor produced any records to the plaintiff.

**(6) Proposed Next Joint Status Report - April 16, 2021:**

The parties propose that they submit another Joint Status Report in sixty days, April 16, 2021, to apprise the Court of any updates on Item Nos. 1-3 above.

Dated: February 16, 2021                                Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:      _____//s//\_*John C. Truong*_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Defendants