UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>Defendants. | Civil Action No. 20-3269 (APM) |

**JOINT STATUS REPORT**

The parties, by and through counsel, file this Joint Status report pursuant to the Court's February 17, 2021 Minute Order requesting an update regarding the status of processing and production of responsive records. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the Federal Bureau of Investigation (hereinafter "FBI"). Plaintiff filed the Complaint on November 12, 2020 (ECF No. 1) and Defendants filed their Answer on January 29, 2021 (ECF No. 10).

**THE STATUS OF PLAINTIFF'S FOIA REQUEST**

Plaintiff submitted a FOIA request to the FBI on October 31, 2018 that sought "All documents mentioning James (Whitey) Bulger (September 3, 1929 -October 30, 2018), a former South Boston Mobster, whose death was widely reported in the media." As reported in the previous Status Report on February 16, 2021, the FBI had completed its search for potentially responsive records, but had not yet completed the process of scoping the files received as a result of the search and reviewing the records therein for responsiveness to the FOIA request. Since the last Status Report, the FBI has continued with its responsiveness review. However, due to the

volume of potentially responsive records, the FBI is currently unable to provide a reliable estimate of when this responsiveness review will be completed.

### THE ANTICIPATED NUMBER OF DOCUMENTS RESPONSIVE TO PLAINTIFF'S FOIA REQUEST

Given that the FBI has not completed the responsiveness review, Defendants do not have accurate information on the total volume of responsive records at this time. Additionally, the parties are in the process of conferring regarding the scope of Plaintiff's FOIA request to determine whether the total number of potentially responsive records can be narrowed down to aid the pace of the responsiveness review. Over the next 2-3 weeks, Plaintiff and Defendants plan to confer in good faith over the scope of Plaintiff's FOIA request and will update the Court in the next Joint Status Report.

### THE ANTICIPATED DATE(S) FOR RELEASE OF THE DOCUMENTS REQUESTED BY PLAINTIFF

As mentioned above, the parties are in the process of conferring regarding the scope of Plaintiff's FOIA request. Defendants believe that they will be able to provide Plaintiff with a production schedule based on the outcome of the good faith negotiations over the scope of Plaintiff's FOIA request within the next 2-3 weeks, and the parties will apprise the Court accordingly in the next Joint Status Report.

### PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that they submit another Joint Status Report in sixty days, June 15, 2021, to apprise the Court of any updates on the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, and the anticipated dates for release of the documents requested by Plaintiff.

Dated: April 16, 2021
        Washington, DC

/s/ *Matthew Topic*
MATTHEW TOPIC, IL0037
JOSHUA BURDAY, IL0042
MERRICK WAYNE, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:        /s/ *Stephen DeGenaro*
        STEPHEN DEGENARO
        D.C. Bar #1047116
        Assistant United States Attorney
        555 Fourth Street, NW
        Washington, DC 20530
        Telephone: (202) 252-7229
        Facsimile: (202) 252-2599
        stephen.degenaro@usdoj.gov

*Attorneys for Defendants*