UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FREDDY MARTINEZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 20-3269 (APM) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to the Court's April 18, 2022 Minute Order requesting an update regarding the status of processing and production of responsive records. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the Federal Bureau of Investigation (hereinafter "FBI"). Plaintiff filed the Complaint on November 12, 2020 (ECF No. 1) and Defendants filed their Answer on January 29, 2021 (ECF No. 10).

### THE STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff submitted a FOIA request to the FBI on October 31, 2018 that sought "All documents mentioning James (Whitey) Bulger (September 3, 1929-October 30, 2018), a former South Boston Mobster, whose death was widely reported in the media." As reported in the Joint Status Report dated August 16, 2021, the FBI had completed its search for potentially responsive records and had begun the process of scoping the files received as a result of the search and reviewing the records therein for responsiveness to the FOIA request.

Since the last Status Report, on June 14, 2022, the FBI made the thirteenth interim release of records to the plaintiff (14 pages reviewed and 9 pages released) on June 30, 2022. On July 29,

2022, the FBI made the fourteenth interim release of records to the plaintiff (9 pages reviewed and 1 page released).

In addition, as previously reported, the FBI has identified two pending investigative files that that may contain potentially responsive records, which the FBI will need to process pursuant to 5 U.S.C. § 552(b)(7)(A) and any other appropriate withholdings. These two pending investigative files are in addition to the previously identified records that relate to investigations that are no longer open. The FBI has completed the processing of the previously identified non-open investigative files, and has begun to process the two pending investigative files.

## THE ANTICIPATED NUMBER OF PAGES OF RECORDS RESPONSIVE TO PLAINTIFF'S FOIA REQUEST

The FBI is not able to provide an estimate of the number of pages of potentially responsive records contained within the two investigative files at this time because doing so would provide information about the pending investigation(s). At this time, the FBI estimates that it will take approximately six years to complete processing of the two pending investigative files.

## PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that they submit another Joint Status Report in approximately sixty days, October 14, 2022, to apprise the Court of any updates on the status of Plaintiff's FOIA request, the anticipated number of pages of records responsive to Plaintiff's FOIA request, and the anticipated date for release of the records requested by Plaintiff. A proposed order is attached for the Court's convenience.

- 3 -

Dated: August 15, 2022
      Washington, DC

/s/ *Josh Loevy*
JOSH LOEVY, IL0105
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Attorneys for Defendants*