UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-3269 (APM) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to the Court's December 18, 2022 Minute Order requesting an update regarding the status of processing and production of responsive records. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the Federal Bureau of Investigation (hereinafter "FBI"). Plaintiff filed the Complaint on November 12, 2020 (ECF No. 1) and Defendants filed their Answer on January 29, 2021 (ECF No. 10).

### THE STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff submitted a FOIA request to the FBI on October 31, 2018 that sought "All documents mentioning James (Whitey) Bulger (September 3, 1929-October 30, 2018), a former South Boston Mobster, whose death was widely reported in the media." As reported in the Joint Status Report dated August 16, 2021, the FBI had completed its search for potentially responsive records and had begun the process of scoping the files received as a result of the search and reviewing the records therein for responsiveness to the FOIA request.

Since the last Status Report, the FBI made two interim releases. The FBI sent out a release on December 30, 2022, in which the FBI reported that it withheld in full documents under

Exemptions 3, 5, 6, 7A, 7C, 7D, and 7E.  The FBI also sent out a release on January 31, 2023, in

which the FBI reported that it withheld in full documents under Exemptions 3, 6, 7A, 7C, 7D, and

7E.  The FBI resent these releases to an updated address for Plaintiff on February 9, 2023, because

both were returned as not deliverable.

**THE ANTICIPATED NUMBER OF PAGES OF RECORDS
RESPONSIVE TO PLAINTIFF'S FOIA REQUEST**

The FBI is not able to provide an estimate of the number of pages of potentially responsive

records contained within the two investigative files at this time because doing so would provide

information about the pending investigation(s).  At this time, the FBI estimates that it will take

approximately six years to complete processing of the two pending investigative files.

**PROPOSED NEXT JOINT STATUS REPORT**

The parties respectfully propose that they submit another Joint Status Report in

approximately sixty days, on April 17, 2023, to apprise the Court of any updates on the status of

Plaintiff's FOIA request, the anticipated number of pages of records responsive to Plaintiff's FOIA

request, and the anticipated date for release of the records requested by Plaintiff.

*     *     *     *

Dated: February 14, 2023
      Washington, DC

                                                  Respectfully submitted,

/s/ *Josh Loevy*
JOSH LOEVY, IL0105
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

                                                  MATTHEW M. GRAVES, D.C. Bar #481052
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                Chief, Civil Division

*Attorneys for Plaintiff*

                                                  By:  /s/ *Stephen DeGenaro*
                                                  STEPHEN DEGENARO
                                                  D.C. Bar No. #1047116
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, D.C. 20530
                                                  stephen.degenaro@usdoj.gov
                                                  Tel: (202) 252-7229

                                                  *Attorneys for Defendants*