UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 20-3269 (APM) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully request that the Court enter summary judgment in their favor. In support of this Motion, Defendants respectfully refer the Court to the accompanying memorandum and declaration.

Dated: April 25, 2023
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar #481052
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division


　　　　　　　　　　　　　　　　　　　　By: /s/ *Alex Schreiber*
　　　　　　　　　　　　　　　　　　　　　　ALEXANDER SCHREIBER
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar #1724820
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　202-252-6754

　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*