# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 20-3269 (APM) ) ) ) ) ) ) |

## JOINT MOTION TO VACATE BRIEFING SCHEDULE

The parties jointly respectfully move to vacate the briefing schedule in this matter.

This case arises out of a Freedom of Information Act ("FOIA") request from Plaintiff to Defendants. On February 28, 2023, the Court entered an order directing the parties to file summary judgment briefs solely on the applicability of Exemption 7(A) to a subset of the responsive records: two pending investigative files. Defendants filed their motion, brief, and supporting declaration on April 25, 2023; Plaintiff's opening brief is due on June 26, 2023. *See* ECF No. 31.

After reviewing Defendants' summary judgment materials, Plaintiff is no longer challenging Defendants' withholding of the two pending investigative files. Thus, the parties do not believe further briefing is necessary on this issue, and respectfully propose to vacate the briefing schedule.

The parties intend to confer with an eye to proposing appropriate next steps in the case. They thus respectfully propose to file a joint status report by August 25, 2023.

A proposed order is attached.

Dated: June 20, 2023                Respectfully submitted,

                                                             */s/ Stephen Stich Match*
                                                             Stephen Stich Match, Bar No. MA 0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel. (520) 488-0486
match@loevy.com
foia@loevy.com

*Attorneys for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Stephen DeGenaro*
     STEPHEN DEGENARO
     D.C. Bar #1047116
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7229
     Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREDDY MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-3269 (APM) |

### **[PROPOSED] ORDER**

The parties' Joint Motion to Vacate Briefing Schedule is GRANTED. The summary judgment briefing schedule in this case is VACATED. The parties are ORDERED to file a joint status report on or before August 25, 2023.

SO ORDERED.

Date: _____

                                                AMIT P. MEHTA
                                                United States District Judge